CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Criminal Action No. 7:10cr00067-1** |
| | ) | |
| v. | ) | <u>**2255 FINAL ORDER**</u> |
| | ) | |
| YOUSSEF HAFEZ ABDELBARY. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED**

and **ADJUDGED** that Abdelbary's motion to vacate, set aside, or correct sentence, pursuant to

28 U.S.C. § 2255, is **DISMISSED without prejudice** and this action is **STRICKEN** from the

active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying

memorandum opinion to petitioner.

**ENTER:** This ____ day of March, 2012.

_____
United States District Judge